HENRY P. DE GRAAF, Appellant, *v.* JACOB F. WYCKOFF, Respondent.

(Argued April 30, 1888; decided June 5, 1888.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made December 30, 1885, which affirmed a judgment in favor of defendant, entered upon an order dismissing the complaint on trial.

*James R. Marvin* for appellant.

*Cephas Brainerd* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.